# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD E. KARCH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 08-CV-53-WDS |
| BOBBY WALLACE, et al, | ) ) | |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is plaintiff's letter (Doc. 8) dated March 6, 2009, which the Court construes as a motion to dismiss his claim for civil rights violations.

Upon review of the record, the Court **GRANTS** plaintiff's motion and **HEREBY DISMISSES** plaintiff's cause of action with prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: March 20, 2009

                                       s/*WILLIAM D. STIEHL*
                                       DISTRICT JUDGE